JUDGE HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

      -v.-                         :    07 Cr.

ROBERT A. SINGER,                   :    **07 CRIM 1025**
   a/k/a "Badboy2at,"
                                  :
              Defendant.
                                  :
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 07 2007

INDICTMENT

## COUNT ONE

       The Grand Jury charges:

       1.  On or about August 3, 2007, in the Southern District of New York and elsewhere, ROBERT A. SINGER, a/k/a "Badboy2at," the defendant, unlawfully, willfully, and knowingly, did mail, transport, and ship in interstate and foreign commerce child pornography by any means, including by computer, to wit, SINGER sent at least one image consisting of child pornography from a computer outside of New York via the Internet to the e-mail account of an undercover law enforcement officer in the Bronx, New York.

       (Title 18, United States Code, Section 2252A(a)(1).)

## COUNT TWO

       The Grand Jury further charges:

       2.  On or about August 9, 2007, in the Southern District of New York and elsewhere, ROBERT A. SINGER, a/k/a "Badboy2at," the defendant, unlawfully, willfully, and knowingly, did mail, and transport and ship in interstate and foreign

commerce child pornography by any means, including by computer, to wit, SINGER sent at least one image consisting of child pornography from a computer outside of New York via the Internet to the e-mail account of an undercover law enforcement officer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

## COUNT THREE

The Grand Jury further charges:

3. On or about August 10, 2007, in the Southern District of New York and elsewhere, ROBERT A. SINGER, a/k/a "Badboy2at," the defendant, unlawfully, willfully, and knowingly, did mail, and transport and ship in interstate and foreign commerce child pornography by any means, including by computer, to wit, SINGER sent at least one image consisting of child pornography from a computer outside of New York via the Internet to the e-mail account of an undercover law enforcement officer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

## COUNT FOUR

The Grand Jury further charges:

4. On or about August 16, 2007, in the Southern District of New York and elsewhere, ROBERT A. SINGER, a/k/a "Badboy2at," the defendant, unlawfully, willfully, and knowingly, did mail, and transport and ship in interstate and foreign commerce child pornography by any means, including by computer,

to wit, SINGER sent at least one image consisting of child pornography from a computer outside of New York via the Internet to the e-mail account of an undercover law enforcement officer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

COUNT FIVE

The Grand Jury further charges:

5.   On or about August 27, 2007, in the Southern District of New York and elsewhere, ROBERT A. SINGER, a/k/a "Badboy2at," the defendant, unlawfully, willfully, and knowingly, did mail, and transport and ship in interstate and foreign commerce child pornography by any means, including by computer, to wit, SINGER sent at least one image consisting of child pornography from a computer outside of New York via the Internet to the e-mail account of an undercover law enforcement officer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

_____    _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

ROBERT A. SINGER,
a/k/a "Badboy2at,"

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 2252A(a)(1).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

11/7/07
AMC

Filed indictment. Case assigned to Judge Holwell.

—Francis, J.