USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :  **ORDER**

    -v.- : 07 Cr. 1025 (RJH)

ROBERT A. SINGER, :
  a/k/a "Badboy2at,"
 :
      Defendant.
 :
- - - - - - - - - - - - - - - - x

Upon the attached Application of Michael J. Garcia, United States Attorney for the Southern District of New York, by John P. Cronan, Assistant United States Attorney, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, it is hereby ordered that, solely for the purpose of the federal prosecution of ROBERT M. SINGER, a/k/a "Badboy2at," the search warrant 07 Mag. 1658 and the sworn affidavit upon which that warrant was based, issued on October 4, 2007 by the United States District Court for the Southern District of New York, for the search of the premises known as the America On Line Screen name "Badboy2at" and the e-mail account "Badboy2at@aol.com" controlled by America On Line, shall be unsealed for review by the United States Attorney's Office and the United States Attorney's Office may disclose those records as necessary for purposes of the federal prosecution, including for use at trial and to meet discovery obligations in the federal prosecution.

Dated: New York, New York
       March 12, 2008

THE HONORABLE RICHARD J. HOLWELL
United States District Judge
Southern District of New York